**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-04043-CCJ
Case Name: TORRES, LUIS FELIPE
Trustee Name: Leigh R. Meininger

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| *Seminole County Tax Collector* | $ 0.00 |
| *Orlando Fed Credit Union* | $ 0.00 |
| *Orlando Fed Credit Union* | $ 0.00 |
| *L. P. Litton Loan Servicing* | $ 0.00 |
| *Litton Loan Servicing Lp* | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Leigh R. Meininger* | $ 6,342.59 | $ 226.20 |
| *Attorney for Trustee (Trustee Firm): Esquire John Henry Meininger, III* | $ 1,380.00 | $ 14.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
|  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $48,756.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 18 | *Advanced Ambulatory Surgery Center* | $ 48,756.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,557.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.59 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | *Department Stores National Bank/Macys* | $ 839.29 | $ 0.00 |
| 3 | *Dell Financial Services L. L. C.* | $ 2,221.52 | $ 0.00 |
| 3 | *Dell Financial Services L. L. C.* | $ 2,221.52 | $ 0.00 |
| 6 | *Orlando Fed Credit Union* | $ 809.25 | $ 809.25 |
| 8 | *American Express Centurion Bank* | $ 8,812.44 | $ 8,812.44 |
| 9 | *PRA Receivables Management, LLC* | $ 1,868.86 | $ 0.00 |
| 10 | *PRA Receivables Management, LLC* | $ 1,104.83 | $ 0.00 |
| 11 | *N. A. Capital One Bank (Usa)* | $ 4,382.63 | $ 4,382.63 |
| 12 | *American Express Centurion Bank* | $ 244.30 | $ 244.30 |
| 13 | *East Bay Funding, Llc* | $ 525.37 | $ 0.00 |
| 14 | *N. A. Capital One* | $ 1,329.09 | $ 1,329.09 |
| 15 | *Portfolio Recovery Associates, Llc* | $ 9,585.58 | $ 9,585.58 |
| 17 | *Advanced Orthopedics* | $ 612.74 | $ 612.74 |

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $13,148.15.

Date: December 30, 2013